IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAKE TN, LLC, and SEANACHE HOMES, INC., for themselves and all others similarly situated,<br><br> Plaintiffs,<br><br>v.<br><br>TREY CAIN et al.,<br><br> Defendants. | Case No. 3:21-cv-00108<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss Second Amended Complaint ("SAC") (Doc. No. 36), filed by defendants IRA Innovations, LLC and Mike Todd, is **GRANTED IN PART AND DENIED IN PART**. Specifically, insofar as the motion targets the claims against Mike Todd, it is **GRANTED**, and all claims asserted against Mike Todd in the SAC are **DISMISSED**. The motion is **DENIED**, insofar as it seeks the dismissal of the claims asserted against IRA Innovations, LLC.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge